01

02

03

04

05                              UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
06                                      AT SEATTLE

07   DEBORAH I. CAUFFMAN,                    )    Case No. C10-281-JCC
                                             )
08            Plaintiff,                      )
                                             )
09       v.                                   )
                                             )    ORDER REMANDING CASE
10   MICHAEL J. ASTRUE, Commissioner,         )    FOR AWARD OF BENEFITS
     Social Security Administration,          )
11                                            )
              Defendant.                       )
12   _____ )

13        The Court, after careful consideration of the plaintiff's complaint, the parties' briefs,

14   all papers and exhibits filed  in support and opposition thereto, the Report and

15   Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and

16   the balance of the record, does hereby find and ORDER:

17        (1)    The Court adopts the Report and Recommendation. (Dkt. No. 20.)

18        (2)    The final decision of the Commissioner is REVERSED and this case is

19               REMANDED to the Social Security Administration for the purpose of

20               awarding benefits.

21        (3)    The Clerk of Court is directed to send copies of this Order to the parties and to

22               Judge Donohue.

23        DATED this 30th day of December, 2010.

24

25
                                             JOHN C. COUGHENOUR
26                                           United States District Judge


ORDER REMANDING CASE
FOR AWARD OF BENEFITS